# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **E.I. DuPont De Nemours & Co., Solae, LLC,** | Civil No. 04-2611 (MJD-JJG) |
| Plaintiffs, | |
| v. | **ORDER** |
| **George R. Neely,** | |
| Defendant. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Mr. Neely's motion to transfer venue (Doc. No. 20) is **DENIED.**

Dated this 22nd day of May, 2007.

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge